IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00418-MSK-PAC

BRIAN ANDERSON,

       Plaintiff,

v.

S.C.F. SUPERINTENDANT [sic] CORRECTIONAL INDUSTRIES MIKE CUNNINGHAM,

       Defendant.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 22nd day of March, 2007.

                                                    BY THE COURT:

                                                    *Marcia S. Krieger*

                                                    Marcia S. Krieger
                                                    United States District Judge