IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00418-MSK-PAC (MEH)

BRIAN ANDERSON,

    Plaintiff,

v.

MIKE CUNNINGHAM,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 11, 2007.**

    Plaintiff's Motion for Discovery, Interrogatories [Filed July 5, 2007; Doc #22] is hereby **denied**. In this case, a Preliminary Scheduling Conference is set for September 10, 2007. The Court will set a discovery schedule at that time.