IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00418-MSK-PAC (MEH)

BRIAN ANDERSON,

    Plaintiff,

v.

MIKE CUNNINGHAM,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 27, 2007.**

    Defendant's Motion to Stay Discovery Pending a Ruling on Defendant's Motion to Dismiss [filed July 11, 2007; Doc #24] is **denied**. Generally, it is the policy in this district court not to stay discovery pending a ruling on a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), unless a defense of qualified immunity is raised. *See Workman v. Jordan*, 958 F.2d 332, 336 (10th Cir. 1992).