IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00418-MSK-KLM

BRIAN ANDERSON,

    Plaintiff(s),

v.

MIKE CUNNINGHAM,

    Defendant(s).

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on Plaintiff's **Motioning** [sic] **for Permission to File PRO SE, Summary Judgment, Retroactive of the Dec-5-07 Deadline for Motions [OR] Counsel if Appointed** [Docket No. 42; filed September 19, 2007] (the "Motion").

    I interpret this as a motion to extend the dispositive motions deadline, currently set for December 5, 2007.  Because there are ninety-six (96) days from the date of this Order until the dispositive motions deadline, there is no need for an extension of time. Therefore, IT IS HEREBY **ORDERED** that the Motion is **DENIED**.

    Plaintiff is reminded that he must confer with opposing counsel before filing motions governed by D.C.Colo.L.Civ.R. 7.1(A).  Failure to confer as required by D.C.Colo.L.Civ.R. 7.1(A) is grounds for denial of the relief sought. Although the Court has refrained from denying the Motion on that basis, if Plaintiff fails to comply with D.C.Colo.L.Civ.R. 7.1(A) in the future, such motions may be summarily denied.

    Dated:  September 20, 2007