IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00418-MSK-KLM

BRIAN ANDERSON,

    Plaintiff(s),

v.

MIKE CUNNINGHAM,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiff's **Motions for Discovery, & Interrogatories (Produce Documents)** [Docket No. 37; filed September 14, 2007] (the "Motion").

    I interpret this as a request for interrogatories.  Under Fed. R. Civ. P. 33(a), a party may serve an interrogatory request on another party without leave of the court.  Pursuant to Fed. R. Civ. P. 5(d), interrogatories are not to be filed with the court until they are used in the proceeding or the court orders filing.  In the future, Plaintiff is directed that he should not file his discovery requests with the Court, but serve them directly on Defendants.  To the extent that Plaintiff attempts to involve the Court in his discovery, his Motion is **DENIED.**

    Defendants are ordered to respond to Plaintiff's interrogatories within thirty (30) days of the date of filing.

    Dated:  September 20, 2007