IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00418-MSK-KLM

BRIAN ANDERSON,

    Plaintiff(s),

v.

MIKE CUNNINGHAM,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on Plaintiff's **Motion Requesting Court Order: Regarding Statement. From Correctional Officer J. Perry** [Docket No. 5; filed March 14, 2007] and **Motion: Requesting Court Ordered Statement, From Case Manager Holman** [Docket No. 13; filed April 6, 2007] (the "motions").

    Because the Court has no authority to compel non-parties to provide statements for use in litigation, I interpret the motions as requests for depositions.  Pursuant to Fed. R. Civ. P. 30(a)(1), a party is entitled to take the testimony of any person by deposition, without leave of the Court.  However, the party must schedule the deposition with opposing counsel, arrange for a method by which testimony will be recorded, bear the cost of the recording and transcription of the record if he intends to use the deposition as evidence in a proceeding, and arrange for an officer to conduct the deposition.  Fed. R. Civ. P 30(b). If Plaintiff is willing and able to depose non-party witnesses in compliance with these requirements, Plaintiff does not need leave of the Court to do so.  In the alternative, Plaintiff may serve written interrogatories (questions) on Defendant by mailing them to Defendant's counsel, and he will receive written responses within thirty (30) days, pursuant to Fed. R. Civ. P. 33.  To the extent that Plaintiff attempts to involve the Court in his discovery requests, IT IS HEREBY **ORDERED** that his motions [Docket No. 5; filed March 14, 2007] and [Docket No. 13; filed April 6, 2007] are **DENIED.**

    Dated:  October 2, 2007