IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00418-MSK-KLM

BRIAN ANDERSON,

    Plaintiff(s),

v.

MIKE CUNNINGHAM,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiff's **Motion Requesting: Verification or Court Order** [Docket No. 6; filed March 14, 2007] and **Motion: Requesting Court Order to Obtain, Population Management Document.** [Docket No. 12; filed April 6, 2007].

    In Plaintiff's **Motion Requesting: Verification or Court Order** [Docket No. 6; filed March 14, 2007], he requests that this Court verify that it has a copy of Colorado Department of Corrections Administrative Regulations 600-05 ("AR 600-05"). The Plaintiff may safely conclude that the Court has access to and/or copies of all legal materials necessary to effectively determine the issues in his case, including AR 600-05. However, as this Motion does not seek relief from the Court, it is HEREBY **ORDERED** that it is **DENIED.**

    In Plaintiff's **Motion: Requesting Court Order to Obtain, Population Management Document.** [Docket No. 12; filed April 6, 2007] he requests that this Court compel the production of a "Population Management Document" from a person he identifies as "Major Cox."  IT IS HEREBY **ORDERED** that this Motion is **DENIED**.  Major Cox is not a party to this action, and pursuant to Fed.R.Civ.P.34, the Court has no authority to compel a non-party to produce documents.  To the extent the document Plaintiff seeks is in the custody or control of a non-party, Plaintiff may serve a subpoena on a non-party pursuant to Fed. R. Civ. P. 45.  To the extent that the document is in the

custody of control of the Defendant, Plaintiff may serve requests for production of documents on Defendant pursuant to Fed. R. Civ. P. 34.

Dated: October 2, 2007