IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: April 8, 2008
Court Reporter: Paul Zuckerman

Civil Action No. 07-cv-00418-MSK-KLM

*Parties*:  *Counsel Appearing:*

BRIAN ANDERSON,  Brian Anderson, *pro se* (by telephone)

    Plaintiff,

v.

MIKE CUNNINGHAM,  Christopher Alber

    Defendant.

## COURTROOM MINUTES

HEARING: Final Pretrial Conference.

**4:08 p.m.**  **Court in session.**

Parties and counsel are present. Plaintiff is present by telephone. Cathi Holst, Dpartment of Corrections and Joel Hirschboeck,, State of Colorado Risk Management are present..

**PENDING MOTIONS.**

**ORDER:** Plaintiff's Motion for Reconsideration **(Doc. #67)** is **DENIED.**

**ORDER:** Defendant's Motion for Extension of Time to File Dispositive Motions (**Doc. #69**) is **DENIED.**

**ORDER:** The Court refers the matter to Magistrate Judge Mix for purposes of settlement conference and for such other pretrial matters as necessary. Defense counsel will contact Judge Mix's chambers and schedule a settle conference and advise plaintiff *pro se* Anderson with the information.

**ORDER:** The plaintiff is permitted to appear by telephone at the settlement conference.

**4:55 p.m.**     **Court in recess.**

**Total Time:**    **47 minutes.**
**Hearing concluded.**