IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00418-MSK-KLM

BRIAN ANDERSON,

    Plaintiff(s),

v.

MIKE CUNNINGHAM,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting the Court to Compell** [sic] **the Defendant to Provide Interrogatories, for Appellate Reasons** [Docket No. 80; Filed June 4, 2008] (the "Motion").

    Plaintiff requests that this Court compel certain non-parties, including Mr. Holman, Joy Perry and Ken Enslow, to respond to interrogatories that Plaintiff has apparently sent to them. As a preliminary matter, the Court notes that the discovery deadline in this case has long passed, as it expired on November 16, 2007 [Docket No. 36; Filed September 10, 2007]. This alone would be sufficient grounds to deny Plaintiff's Motion. However, the Court also notes that, pursuant to Fed. R. Civ. P. 33(a)(1), "a party may serve on *any other party* no more than 25 written interrogatories . . . ." The persons Plaintiff is currently attempting to compel to respond to interrogatories are not parties to this action. Accordingly, even had the discovery deadline not expired, Plaintiff's Motion would be denied on these grounds.

    IT IS HEREBY **ORDERED** that **Motion Requesting the Court to Compell** [sic] **the Defendant to Provide Interrogatories, for Appellate Reasons** [Docket No. 80; Filed June 4, 2008] is **DENIED**.

    Dated: June 9, 2008